## ERIC S. *v.* COMMISSIONER OF CORRECTION

The petitioner Eric S.'s petition for certification for appeal from the Appellate Court, 113 Conn. App. 901 (AC 29502), is denied.

*Del Atwell,* special public defender, in support of the petition.

*Bruce R. Lockwood,* senior assistant state's attorney, in opposition.

Decided October 1, 2009

## STATE OF CONNECTICUT *v.* MICHAEL FRANKLIN

The defendant's petition for certification for appeal from the Appellate Court, 115 Conn. App. 290 (AC 28483), is denied.

*Laljeebhai R. Patel,* special public defender, in support of the petition.

*Raheem L. Mullins,* assistant state's attorney, in opposition.

Decided October 1, 2009

## STATE OF CONNECTICUT *v.* DARREN A. MADISON

The defendant's petition for certification for appeal from the Appellate Court, 116 Conn. App. 327 (AC 29138), is denied.

*Katherine C. Essington,* special public defender, in support of the petition.

*John A. East III,* senior assistant state's attorney, in opposition.

Decided October 1, 2009